U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 12 2005
CLERK, U.S. DISTRICT COURT
By ______________
Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 5-05CR0093-C |
| | § | |
| MARK JOHNSON (1) | § | |

The Grand Jury charges:

INDICTMENT

COUNT 1
Theft of Mail
(18 U.S.C. § 1709)

On or about the 20th day of September, 2005, within the Lubbock Division of the Northern District of Texas, the defendant, **Mark Johnson**, being an employee of the United States Postal Service, did knowingly and intentionally embezzle, steal, abstract and remove a letter and contents addressed to *Chito Ramirez, 10000 Sloan Field Blvd, Midland, TX 79711*, with a return address of *Grandpa, 14800 Trinity Blvd #600, Ft Worth, TX 76155*, said letter having been entrusted to the defendant's possession and intended to be conveyed by mail, carried and delivered by the Postal Service.

In violation of Title 18, United States Code, Section 1709.

COUNT 2
Theft of Mail
(18 U.S.C. § 1709)

On or about the 20th day of September, 2005, within the Lubbock Division of the Northern District of Texas, the defendant, **Mark Johnson**, being an employee of the United States Postal Service, did knowingly and intentionally embezzle, steal, abstract and remove a letter and contents addressed to *Dora Longoria, 4308 Irvin Dr, Midland, TX 79705*, with a return address of *Lisa G, P.O. Box 25905, Albuquerque, NM*, said letter having been entrusted to the defendant's possession and intended to be conveyed by mail, carried and delivered by the Postal Service.

In violation of Title 18, United States Code, Section 1709.

<u>COUNT 3</u>
Theft of Mail
(18 U.S.C. § 1709)

On or about the 20th day of September, 2005, within the Lubbock Division of the Northern District of Texas, the defendant, **Mark Johnson**, being an employee of the United States Postal Service, did knowingly and intentionally embezzle, steal, abstract and remove a letter and contents addressed to *Samantha Gonzales, PO Box 162929, Ft Worth, TX 76176*, with a return address of *2708 36th St, Lubbock, TX 79413*, said letter having been entrusted to the defendant's possession and intended to be conveyed by mail, carried and delivered by the Postal Service.

In violation of Title 18, United States Code, Section 1709.

COUNT 4
Theft of Mail
(18 U.S.C. § 1709)

On or about the 20th day of September, 2005, within the Lubbock Division of the Northern District of Texas, the defendant, **Mark Johnson**, being an employee of the United States Postal Service, did knowingly and intentionally embezzle, steal, abstract and remove a letter and contents addressed to *Lisa Ward, 1304 4th Ave, Canyon, TX*, with a return address of *S. Mendez, 202 N Ave G, Lamesa, TX*, said letter having been entrusted to the defendant's possession and intended to be conveyed by mail, carried and delivered by the Postal Service.

In violation of Title 18, United States Code, Section 1709.

COUNT 5
Theft of Mail
(18 U.S.C. § 1709)

On or about the 20th day of September, 2005, within the Lubbock Division of the Northern District of Texas, the defendant, **Mark Johnson**, being an employee of the United States Postal Service, did knowingly and intentionally embezzle, steal, abstract and remove a letter and contents addressed to *J Tucker, 1470 S. 12th St, Slaton, TX 79364*, with a return address of *R. Price, 3011 Friendship Dr, Arlington, Texas*, said letter having been entrusted to the defendant's possession and intended to be conveyed by mail, carried and delivered by the Postal Service.

In violation of Title 18, United States Code, Section 1709.

<u>COUNT 6</u>
Theft of Mail
(18 U.S.C. § 1709)

On or about the 20th day of September, 2005, within the Lubbock Division of the Northern District of Texas, the defendant, **Mark Johnson**, being an employee of the United States Postal Service, did knowingly and intentionally embezzle, steal, abstract and remove a letter and contents addressed to *Wally Como, 7655 W. McCormick Rd, Amarillo, TX 79119*, with a return address of *Mike Ferry, 341 Pine, Abilene, TX 79604*, said letter having been entrusted to the defendant's possession and intended to be conveyed by mail, carried and delivered by the Postal Service.

In violation of Title 18, United States Code, Section 1709.

<u>COUNT 7</u>
Theft of Government Property
(18 U.S.C. § 641)

On or about September 20, 2005, at Lubbock, Lubbock County, Texas, in the Lubbock Division of the Northern District of Texas, **Mark Johnson**, defendant, did knowingly steal, and without authority, did knowingly dispose of, things of value, that is property, belonging to United States and any department and agency thereof, the value of such property exceeding the sum of $1,000.00.

A violation of Title 18, United States Code, Section 641.

A TRUE BILL:

REDACTED

RICHARD B. ROPER
UNITED STATES ATTORNEY

Roger L. McRoberts
Assistant United States Attorney
Texas State Bar No. 3857000
1205 Texas Avenue, 7th Floor
Lubbock, Texas 79401
Tel: 806.472.7351
Fax: 806.472.7394

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes X No New Defendant: X Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☐ No If Yes, number: ___________

Search Warrant Case Number ___________________________________

R 20 from District of ___________________________________

Magistrate Case Number ___________________________________

5-05CR0093-C

1. **Defendant Information**

Juvenile: ☐ Yes X No

If Yes, Matter to be sealed:

☐ Yes ☐ No

Defendant Name ____Mark Johnson ________________________

Alias Name ___________________________________

Address ____4406 87th Street ___________________________

____Lubbock, Texas 79424 ___________________________

County in which offense was committed: **Lubbock**

2. **U.S. Attorney Information**

AUSA ___Roger McRoberts_______________________ Bar # __13857000____________________

3. **Interpreter**

☐ Yes X No If Yes, list language and/or dialect: ___________________________

4. **Location Status - Summons to be issued**

Arrest Date ______________________

☐ Already in Federal Custody as of __________________ in ___________________________

Already in State Custody

☐ On Pretrial Release

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: ______7______ ☐ Petty ☐ Misdemeanor X Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 USC 1709 | Theft of Mail | 6 |
| 18 USC 641 | Theft of Government Property | 1 |

Date ____________________ Signature of AUSA: ____________________________

**District Court Case Number** (To be filled in by deputy clerk): ___________________________